1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL AARON WITKIN,                    No.  2:10-cv-0091 GEB DAD P

12              Petitioner,

13        v.                                  ORDER

14   YATES,

15              Respondent.

16

17        Petitioner has filed a request for reconsideration of this court's orders of March 6, 2013, in

18   which the district judge adopted the magistrate judge's findings and recommendations that the

19   petition be dismissed as time-barred and judgment be entered in favor of the respondent.  (See

20   Docket Nos. 69 and 72.)  Petitioner has failed to demonstrate any new or different facts or

21   circumstances which did not exist or were not shown upon the prior motion.  See E.D. Local Rule

22   230(j).  Accordingly, the motion for reconsideration (Docket No. 89) is denied.

23   Dated:  September 26, 2014

24

25

26   GARLAND E. BURRELL, JR.
     Senior United States District Judge

27

28

                                            1