UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN, | No. 2:10-cv-0091 GEB DAD P |
| Petitioner, | |
| v. | ORDER |
| YATES, | |
| Respondent. | |

This petition for writ of habeas corpus was dismissed on March 6, 2013. Petitioner has filed numerous motions for post-dismissal relief in this court and an appeal with the Ninth Circuit, all of which have been denied. Now petitioner has asked this court to reconsider its denial of his motion to proceed in forma pauperis on a second appeal. (See Doc. No. 99.) This latest motion will also be denied. Petitioner is apprised that all further documents filed in this action will be disregarded, and no orders will issue in response to future filings.

Accordingly, IT IS HEREBY ORDERED that the motion for reconsideration (Doc. No. 100) is denied. All further documents filed in this action will be disregarded, and no orders will issue in response to future filings.

Dated: December 30, 2014

hm

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE